UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALDO SUELEN,<br><br>    Plaintiff,<br><br>    v.<br><br>WELTMAN, WEINBERG & REIS CO., LPA, et al.,<br><br>    Defendants. | Case No.  12-cv-04720-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 25 |

The parties stated on the record on April 30, 2013, that they have settled this action. See ECF No. 25. Accordingly, all deadlines and hearings in this case are VACATED. By June 14, 2013, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: May 1, 2013

_____
JON S. TIGAR
United States District Judge